UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

In re:  John Chladni and Diane Chladni,    :    Bankruptcy 15-17950
                                            :
                    Debtors.                :    Chapter 13

CERTIFICATION OF NO ANSWER

I, Barton Knochenmus, Esq., counsel for the captioned Chapter 13 Debtors, hereby certify that no answers, objections, responsive pleadings, or requests for hearing have been filed or served in response to Debtors' Counsel's Application for Compensation and Reimbursement of Expenses within twenty-one (21) days, as required by FRBP 2002(a)(6) *Notices to Parties in Interest* and Local Bankruptcy Rule 2016-1( c ) *Certification of Notice*, governing motions, applications and answers, and served upon:

FREDERICK L. REIGLE, Chapter 13 Trustee
2901 St. Lawrence Ave.
P.O. Box 4010
Reading, PA 19606

John/Diane Chladni
1340 Butztown Road
Bethlehem, PA 18017-3226

JPMorgan Chase Bank, NA
c/o KML Law Group, P.C.
701 Market Street Suite 5000
Philadelphia, PA 19106

Office of the U.S. Trustee
833 Chestnut Street Suite 500
Philadelphia, PA 19107

Synchrony Bank
c/o Recovery Management Systems Corp
25 SE 2nd Avenue, Suite 1120
Miami, FL 33131-1605

All creditors and interested parties on Matrix

Consistent with Local Bankruptcy Rule 2016-1(d) *Disposition of Application*, Applicant respectfully requests this Court award the compensation and reimbursement sought.

BY: /s/ Barton Knochenmus, Esq.
Barton Knochenmus, Esq.
Attorney for Debtors
1275 Glenlivet Drive Suite 100
Allentown, Pennsylvania 18106-3107
610-770-3575

Dated: January 18, 2017