# UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF PENNSYLVANIA

In re:  John Chladni and Diane Chladni,    :    Bankruptcy 15-17950
                                           :
            Debtors.                       :    Chapter 13

## ORDER

AND NOW, in consideration of the Motion of Debtors' Counsel on Application for Allowance of Attorney Fees and Reimbursement of Expenses, and Notice of Application having been duly sent to all creditors and interested parties by Barton Knochenmus, Esq., Counsel for Debtors, and upon Counsel having certified to the Court the absence of the filing or serving of any answer, objection, responsive pleading or request for hearing, it is hereby

ORDERED, the Application of Barton Knochenmus, Esq. for Compensation and Reimbursement of Expenses is approved in the total amount of $3,759.60, of which $1,000.00 has already been paid.

BY THE COURT:

**Date: January 23, 2017**

_____
Richard E Fehling
United States Bankruptcy Judge