United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                                  Case No. 15-17950-ref
John Chladni                                                            Chapter 13
Diane Chladni
    Debtors

# CERTIFICATE OF NOTICE

District/off: 0313-4      User: Cathleen         Page 1 of 1       Date Rcvd: Jan 23, 2017
                          Form ID: pdf900        Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jan 25, 2017.
db/jdb          John Chladni,    Diane Chladni,   1340 Butztown Road,   Bethlehem, PA   18017-3226

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                              TOTAL: 0

    ***** BYPASSED RECIPIENTS *****
NONE.                                                                                              TOTAL: 0

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 25, 2017                              Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on January 23, 2017 at the address(es) listed below:
      BARTON   KNOCHENMUS    on behalf of Joint Debtor Diane   Chladni knochenmuslaw@gmail.com
      BARTON   KNOCHENMUS    on behalf of Debtor John   Chladni knochenmuslaw@gmail.com
      FREDERICK L. REIGLE    ecfmail@fredreiglech13.com,   ecf_frpa@trustee13.com
      JOSHUA ISAAC GOLDMAN    on behalf of Creditor    JPMorgan Chase Bank, National Association
       bkgroup@kmllawgroup.com,   bkgroup@kmllawgroup.com
      LISA MARIE CIOTTI    on behalf of Trustee FREDERICK L. REIGLE ecfmail@fredreiglech13.com,
       ecf_frpa@trustee13.com
      THOMAS I. PULEO    on behalf of Creditor    JPMorgan Chase Bank, National Association
       tpuleo@kmllawgroup.com,   bkgroup@kmllawgroup.com
      United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
                                                                      TOTAL: 7

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

In re: John Chladni and Diane Chladni,  :  Bankruptcy 15-17950
                                        :
            Debtors.                    :  Chapter 13

## ORDER

AND NOW, in consideration of the Motion of Debtors' Counsel on Application for Allowance of Attorney Fees and Reimbursement of Expenses, and Notice of Application having been duly sent to all creditors and interested parties by Barton Knochenmus, Esq., Counsel for Debtors, and upon Counsel having certified to the Court the absence of the filing or serving of any answer, objection, responsive pleading or request for hearing, it is hereby

ORDERED, the Application of Barton Knochenmus, Esq. for Compensation and Reimbursement of Expenses is approved in the total amount of $3,759.60, of which $1,000.00 has already been paid.

BY THE COURT:

**Date: January 23, 2017**

_____
Richard E Fehling
United States Bankruptcy Judge