```
                          United States Bankruptcy Court
                          Eastern District of Pennsylvania
```

In re:                                                              Case No. 15-17950-ref
John Chladni                                                        Chapter 13
Diane Chladni
        Debtors

# CERTIFICATE OF NOTICE

District/off: 0313-4          User: Cathleen              Page 1 of 1              Date Rcvd: Feb 06, 2017
                              Form ID: pdf900             Total Noticed: 3

```
Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Feb 08, 2017.
db/jdb         John Chladni,    Diane Chladni,    1340 Butztown Road,    Bethlehem, PA  18017-3226
13632524      +JPMorgan Chase Bank, NA,    C/O KML Law Group,    701 Market Street Suite 5000,
               Philadelphia, PA 19106-1541
13712715      +JPMorgan Chase Bank, National Association,    Chase Records Center,    Attn: Correspondence Mail,
               Mail Code LA4-5555,    700 Kansas Lane,    Monroe, LA 71203-4774

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                             TOTAL: 0

            ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
13632523     ##+JP Morgan Chase Bank,    10790 Rancho Bernardo Rd,    San Diego, CA 92127-5705
                                                                                       TOTALS: 0, * 0, ## 1
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 08, 2017                              Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on February 6, 2017 at the address(es) listed below:
              BARTON   KNOCHENMUS    on behalf of Joint Debtor Diane   Chladni knochenmuslaw@gmail.com
              BARTON   KNOCHENMUS    on behalf of Debtor John   Chladni knochenmuslaw@gmail.com
              DENISE ELIZABETH CARLON    on behalf of Creditor    JPMorgan Chase Bank, National Association
               bkgroup@kmllawgroup.com
              FREDERICK L. REIGLE    ecfmail@fredreiglech13.com,    ecf_frpa@trustee13.com
              JOSHUA ISAAC GOLDMAN    on behalf of Creditor    JPMorgan Chase Bank, National Association
               bkgroup@kmllawgroup.com,    bkgroup@kmllawgroup.com
              LISA MARIE CIOTTI    on behalf of Trustee FREDERICK L. REIGLE ecfmail@fredreiglech13.com,
               ecf_frpa@trustee13.com
              THOMAS I. PULEO    on behalf of Creditor    JPMorgan Chase Bank, National Association
               tpuleo@kmllawgroup.com,    bkgroup@kmllawgroup.com
              United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
                                                                                             TOTAL: 8
```

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| John Chladni aka John Timothy Chladni<br>Diane Chladni aka Diane G Chladni aka Diane<br>Gordon Chaldni fka Diane G Fegley<br>　　　　　　　Debtors | CHAPTER 13 |
| JPMorgan Chase Bank, National Association<br>　　　　　　　Movant<br>　　vs. | NO. 15-17950 REF |
| John Chladni aka John Timothy Chladni<br>Diane Chladni aka Diane G Chladni aka Diane<br>Gordon Chaldni fka Diane G Fegley<br>　　　　　　　Debtors | 11 U.S.C. Section 362 |
| Frederick L. Reigle, Esq.　　Trustee | |

## STIPULATION

AND NOW, it is hereby stipulated and agreed by and between the undersigned as follows:

1. The post-petition arrearage on the mortgage held by Movant on Debtors residence is $5,269.71, which breaks down as follows;

Post-Petition Payments:　　October 2016 through December 2016 at $1,756.57
**Total Post-Petition Arrears**　　**$5,269.71**

2. Debtors shall cure said arrearages in the following manner;

　a). Counsel for Debtors shall file an Amended Chapter 13 Plan upon entry of the Order granting this Stipulation to include the post-petition arrears of $5,269.71 along with the pre-petition arrears.

　b). Movant shall file an Amended or Supplemental Proof of Claim to include the post-petition arrears of $5,269.71 along with the pre-petition arrears;

　c). The new 410A form for a Proof of Claim shall not be required for this Amended or Supplemental Proof of Claim;

　d). Maintenance of current monthly mortgage payments to Movant thereafter.

3. Should Debtors provide sufficient proof of payments (front & back copies of cancelled checks and/or money orders) made, but not credited, Movant shall adjust the account accordingly.

4.  In the event the payments under Section 2 above are not tendered pursuant to the terms of this stipulation, Movant shall notify Debtors and Debtors' attorney of the default in writing and Debtors may cure said default within FIFTEEN (15) days of the date of said notice. If Debtors should fail to cure the default within fifteen (15) days, Movant may file a Certification of Default with the Court and the Court shall enter an Order granting Movant relief from the automatic stay.

5.  The stay provided by Bankruptcy Rule 4001(a)(3) is waived.

6.  If the case is converted to Chapter 7, Movant shall file a Certification of Default with the court and the court shall enter an order granting Movant relief from the automatic stay.

7.  If the instant bankruptcy is terminated by either dismissal or discharge, this agreement shall be null and void, and is not binding upon the parties.

8.  The provisions of this stipulation do not constitute a waiver by Movant of its right to seek reimbursement of any amounts not included in this stipulation, including fees and costs, due under the terms of the mortgage and applicable law.

9.  The parties agree that a facsimile signature shall be considered an original signature.

Date: January 3, 2017

/s/Denise Carlon, Esquire
Denise Carlon, Esquire
Attorney for Movant
KML Law Group, P.C.
Main Number: (215) 627-1322

Date: 1-23-17

Barton G. Knochenmus, Esq.
Attorney for Debtors

Date: Jan 4, 2017

John Chladni aka John Timothy Chladni
Debtor

Date: 1/4/17

Diane Chladni aka Diane G Chladni aka
Diane Gordone Chladni fka Diane G Fegley
Debtor

Date: 1/27/17

Frederick L. Reigle, Esquire
Chaper 13 Trustee

Approved by the Court this ___ day of _____, 2017. However, the court retains discretion regarding entry of any further order.

**Date: February 6, 2017**

Bankruptcy Judge
Richard E. Fehling