UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

In re:  John Chladni and Diane Chladni,    :    Bankruptcy 15-17950
                                            :
                    Debtors.                :    Chapter 13

PRAECIPE TO WITHDRAW DEBTORS' MOTION
TO MODIFY CHAPTER 13 PLAN POST-CONFIRMATION

TO THE CLERK OF THE U.S. BANKRUPTCY COURT:

Kindly withdraw Debtors' Motion to modify chapter 13 plan post-confirmation in the above-captioned Case, which Motion was filed on May 16, 2017 and identified on this docket as document #46.

Respectfully submitted,

By:    /s/ Barton Knochenmus, Esq.
       Barton Knochenmus, Esq.
       Attorney for Debtors
       1275 Glenlivet Drive, Suite 100
       Allentown, Pennsylvania 18106
       610-770-3575

Dated:  June 21, 2017