UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

In re:  John Chladni and Diane Chladni,        :        Bankruptcy 15-17950
:
Debtors.        :        Chapter 13

## PRAECIPE TO WITHDRAW MODIFIED CHAPTER 13 PLAN

TO THE CLERK OF THE U.S. BANKRUPTCY COURT:

Kindly withdraw Debtors' Modified Chapter 13 Plan in the above-captioned Case, which Plan was filed on June 28, 2017 and identified on this docket as document #49.

Respectfully submitted,

By:    /s/ Barton Knochenmus, Esq.
Barton Knochenmus, Esq.
Attorney for Debtors
1275 Glenlivet Drive, Suite 100
Allentown, Pennsylvania 18106
610-770-3575

Dated: August 8, 2017