UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In re:  John Chladni and Diane Chladni, | : | Bankruptcy 15-17950 |
| | : | |
| Debtors. | : | Chapter 13 |

PRAECIPE TO WITHDRAW DEBTORS' MOTION
TO MODIFY CHAPTER 13 PLAN POST-CONFIRMATION

TO THE CLERK OF THE U.S. BANKRUPTCY COURT:

Kindly withdraw Debtors' Motion to modify chapter 13 plan post-confirmation in the above-captioned Case, which Motion was filed on July 5, 2017 and identified on this docket as document #51.

                                                                  Respectfully submitted,

                                    By:    /s/ Barton Knochenmus, Esq.
                                             Barton Knochenmus, Esq.
                                             Attorney for Debtors
                                             1275 Glenlivet Drive, Suite 100
                                             Allentown, Pennsylvania 18106
                                             610-770-3575

Dated:  August 8, 2017