UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

In re:  John Chladni and Diane Chladni,   :   Bankruptcy 15-17950
                                          :
              Debtors.                    :   Chapter 13

PRAECIPE TO WITHDRAW DEBTORS' AMENDED NOTICE OF MOTION
TO MODIFY CHAPTER 13 PLAN POST-CONFIRMATION

TO THE CLERK OF THE U.S. BANKRUPTCY COURT:

Kindly withdraw Debtors' Amended Notice of Motion to modify chapter 13 plan post-confirmation in the above-captioned Case, which Notice was filed on July 19, 2017 and identified on this docket as document #54.

Respectfully submitted,

By:   /s/ Barton Knochenmus, Esq.
      Barton Knochenmus, Esq.
      Attorney for Debtors
      1275 Glenlivet Drive, Suite 100
      Allentown, Pennsylvania 18106
      610-770-3575

Dated: August 8, 2017