UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

In re:  John Chladni and Diane Chladni,    :    Bankruptcy 15-17950
:
Debtors.    :    Chapter 13

## CERTIFICATION OF NO ANSWER

I, Barton Knochenmus, Esq., counsel for the captioned Chapter 13 Debtor, hereby certify that no Answers, Objections, Responsive Pleadings, or Requests for Hearing have been filed or served in response to Debtor's Motion to Modify Chapter 13 Plan Post-Confirmation within fourteen (14) days as required by Local Rule 9014-3(i) governing motions and answers, and served upon:

John/Diane Chladni
1340 Butztown Road
Bethlehem, PA 18017-3226

FREDERICK L. REIGLE
Chapter 13 Trustee
2901 St. Lawrence Ave.
P.O. Box 4010
Reading, PA 19606

JPMorgan Chase Bank, National Association
represented by DENISE CARLON, Esq.
KML Law Group, P.C.
701 Market Street Suite 5000
Philadelphia, PA 19106

JPMorgan Chase Bank NA
represented by JOSHUA GOLDMAN, Esq.
KML Law Group, P.C.
701 Market Street Suite 5000
Philadelphia, PA 19106

JPMorgan Chase Bank NA
represented by THOMAS PULEO, Esq.
KML Law Group, P.C.
701 Market Street Suite 5000
Philadelphia, PA 19106

Synchrony Bank
c/o Recovery Management Systems Corp
25 SE 2nd Avenue, Suite 1120
Miami, FL 33131-1605

United States Trustee
Office of the U.S. Trustee
833 Chestnut Street Suite 500
Philadelphia, PA 19107

Notice of Motion only to all creditors & parties-in-interest listed on Matrix

                         By:    /s/ Barton Knochenmus, Esq.
                                Barton Knochenmus, Esq.
                                1275 Glenlivet Drive Suite 100
                                Allentown PA 18106

Dated:  August 30, 2017