UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

In re:  John Chladni and Diane Chladni,    :    Bankruptcy 15-17950
                                           :
            Debtors.                       :    Chapter 13

## ORDER

AND NOW, in consideration of Debtors' Motion to Modify their Chapter 13 Plan post-confirmation, and the court having heard from all parties wishing to be heard in this matter, it is hereby

ORDERED, Debtors' Modified Plan docketed August 9, 2017 as document #58 in the within Case, is approved, and in accordance with 11 U.S.C. §1329(b)(2) shall be and is the confirmed Plan for Case 15-17950.

**Date: August 31, 2017**

_____
Richard E Fehling
United States Bankruptcy Judge