United States Bankruptcy Court
Eastern District of Pennsylvania

In re:　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　Case No. 15-17950-ref
John Chladni　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　Chapter 13
Diane Chladni
　　　　Debtors

# CERTIFICATE OF NOTICE

District/off: 0313-4　　　　User: Cathleen　　　　Page 1 of 1　　　　Date Rcvd: Aug 31, 2017
　　　　　　　　　　　　　　Form ID: pdf900　　　Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Sep 02, 2017.
db/jdb　　　　　John Chladni,　　Diane Chladni,　　1340 Butztown Road,　　Bethlehem, PA  18017-3226

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　TOTAL: 0

　　　　***** BYPASSED RECIPIENTS *****
NONE.　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　TOTAL: 0

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 02, 2017　　　　　　　　　　　　　　　　　Signature:　/s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 31, 2017 at the address(es) listed below:
　　　　　　BARTON   KNOCHENMUS    on behalf of Debtor John   Chladni knochenmuslaw@gmail.com
　　　　　　BARTON   KNOCHENMUS    on behalf of Joint Debtor Diane   Chladni knochenmuslaw@gmail.com
　　　　　　DENISE ELIZABETH CARLON    on behalf of Creditor    JPMorgan Chase Bank, National Association
　　　　　　 bkgroup@kmllawgroup.com
　　　　　　FREDERICK L. REIGLE    ecfmail@fredreiglech13.com, ecf_frpa@trustee13.com
　　　　　　JOSHUA ISAAC GOLDMAN    on behalf of Creditor    JPMorgan Chase Bank, National Association
　　　　　　 bkgroup@kmllawgroup.com,   bkgroup@kmllawgroup.com
　　　　　　LISA MARIE CIOTTI    on behalf of Trustee FREDERICK L. REIGLE ecfmail@fredreiglech13.com,
　　　　　　 ecf_frpa@trustee13.com
　　　　　　THOMAS I. PULEO    on behalf of Creditor    JPMorgan Chase Bank, National Association
　　　　　　 tpuleo@kmllawgroup.com,   bkgroup@kmllawgroup.com
　　　　　　United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　TOTAL: 8

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

In re:  John Chladni and Diane Chladni,     :     Bankruptcy 15-17950
                                            :
            Debtors.                        :     Chapter 13

## ORDER

AND NOW, in consideration of Debtors' Motion to Modify their Chapter 13 Plan post-confirmation, and the court having heard from all parties wishing to be heard in this matter, it is hereby

ORDERED, Debtors' Modified Plan docketed August 9, 2017 as document #58 in the within Case, is approved, and in accordance with 11 U.S.C. §1329(b)(2) shall be and is the confirmed Plan for Case 15-17950.

**Date: August 31, 2017**

_____
Richard E Fehling
United States Bankruptcy Judge