UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

In re:  John Chladni and Diane Chladni,   :   Bankruptcy 15-17950
:
Debtors.   :   Chapter 13

## CERTIFICATION OF NO ANSWER

I, Barton Knochenmus, Esq, counsel for the captioned Chapter 13 Debtors, hereby certify that no Answers, Objections, Responsive Pleadings, or Requests for Hearing have been filed or served in response to Debtors' Counsel's Second Application for Compensation and Reimbursement of Expenses within twenty-one (21) days as required by FRBP 2002(a)(6) *Notices to Parties in Interest* and Local Bankruptcy Rule 2016-1( c ) *Certification of Notice*, governing motions, applications and answers, and served upon:

John/Diane Chladni
1340 Butztown Road
Bethlehem, PA 18017-3226

FREDERICK L. REIGLE, Chapter 13 Trustee
2901 St. Lawrence Ave.
P.O. Box 4010
Reading PA 19606

JPMorgan Chase Bank, National Association
c/o KML Law Group, P.C.
represented by DENISE CARLON, Esq.
701 Market Street Suite 5000
Philadelphia PA 19106

JPMorgan Chase Bank NA
c/o KML Law Group, P.C.
represented by JOSHUA GOLDMAN, Esq.
701 Market Street Suite 5000
Philadelphia PA 19106

JPMorgan Chase Bank NA
c/o KML Law Group, P.C.
represented by THOMAS PULEO, Esq.
701 Market Street Suite 5000
Philadelphia PA 19106

Synchrony Bank
c/o Recovery Management Systems Corp
25 SE 2nd Ave Suite 1120
Miami FL 33131-1605

United States Trustee
Office of the U.S. Trustee
833 Chestnut Street Suite 500
Philadelphia PA 19107

All creditors and parties-at-interest on Matrix

    Consistent with Local Bankruptcy Rule 2016-1(d) *Disposition of Application*, Applicant respectfully requests this Court award the compensation and reimbursement sought.

                        BY:    /s/ Barton Knochenmus, Esq.
                                 Barton Knochenmus, Esq.
                                 Attorney for Debtors
                                 1275 Glenlivet Drive Suite 100
                                 Allentown, Pennsylvania 18106-3107
                                 610-770-3575

Dated: October 13, 2017