*UNITED STATES BANKRUPTCY COURT*
*EASTERN DISTRICT OF PENNSYLVANIA*

In Re: John Chladni and Diane Chladni

    Debtor(s)

Case No: 15–17950–ref

Chapter: 13

**NOTICE OF HEARING**

To the debtor, the debtor's counsel, and any party in interest:

NOTICE is hereby given that a hearing will be held before the Honorable Richard E. Fehling , United States Bankruptcy Judge to consider:

Second Application for Compensation of Debtors' Legal Counsel for BARTON KNOCHENMUS, Debtor's Attorney, Period: 7/15/2016 to 9/14/2017, Fee: $1890.40, Expenses: $0.00.

on: 11/2/17

at: 09:30 AM

in: Courtroom 1, Third Floor, The Madison, 400 Washington Street, Reading, PA 19601

For The Court

Date:  10/17/17

Timothy B. McGrath
Clerk of Court