United States Bankruptcy Court
Eastern District of Pennsylvania

In re:
John Chladni
Diane Chladni
    Debtors

Case No. 15-17950-ref
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0313-4     User: SaraR     Page 1 of 1     Date Rcvd: Oct 17, 2017
                         Form ID: 167     Total Noticed: 2

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 19, 2017.
db/jdb        John Chladni,    Diane Chladni,    1340 Butztown Road,    Bethlehem, PA   18017-3226

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
cr          E-mail/PDF: gecsedi@recoverycorp.com Oct 18 2017 01:35:34     Synchrony Bank,    c/o Recovery Management Systems Corporat,    25 SE 2nd Avenue, Suite 1120,    Miami, FL   33131-1605
                                                                                                                                       TOTAL: 1

              ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                                                                               TOTAL: 0

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 19, 2017                                            Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 17, 2017 at the address(es) listed below:
        BARTON   KNOCHENMUS    on behalf of Joint Debtor Diane   Chladni knochenmuslaw@gmail.com
        BARTON   KNOCHENMUS    on behalf of Debtor John   Chladni knochenmuslaw@gmail.com
        DENISE ELIZABETH CARLON    on behalf of Creditor    JPMorgan Chase Bank, National Association bkgroup@kmllawgroup.com
        FREDERICK L. REIGLE    ecfmail@fredreiglech13.com,   ecf_frpa@trustee13.com
        JOSHUA ISAAC GOLDMAN    on behalf of Creditor    JPMorgan Chase Bank, National Association bkgroup@kmllawgroup.com,  bkgroup@kmllawgroup.com
        LISA MARIE CIOTTI    on behalf of Trustee FREDERICK L. REIGLE ecfmail@fredreiglech13.com, ecf_frpa@trustee13.com
        THOMAS I. PULEO    on behalf of Creditor    JPMorgan Chase Bank, National Association tpuleo@kmllawgroup.com,  bkgroup@kmllawgroup.com
        United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
                                                                                                                     TOTAL: 8

*UNITED STATES BANKRUPTCY COURT*
*EASTERN DISTRICT OF PENNSYLVANIA*

In Re: John Chladni and Diane Chladni
        Debtor(s)

Case No: 15–17950–ref
Chapter: 13

**NOTICE OF HEARING**

To the debtor, the debtor's counsel, and any party in interest:

NOTICE is hereby given that a hearing will be held before the Honorable Richard E. Fehling , United States Bankruptcy Judge to consider:

Second Application for Compensation of Debtors' Legal Counsel for BARTON KNOCHENMUS, Debtor's Attorney, Period: 7/15/2016 to 9/14/2017, Fee: $1890.40, Expenses: $0.00.

on: 11/2/17

at: 09:30 AM

in: Courtroom 1, Third Floor, The Madison, 400 Washington Street, Reading, PA 19601

For The Court

Date:  10/17/17

Timothy B. McGrath
Clerk of Court

67 – 65
Form 167