UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

In re:  John Chladni and Diane Chladni,        :        Bankruptcy 15-17950
                                                :
            Debtors.                            :        Chapter 13

## ORDER

AND NOW, in consideration of the Motion of Debtors' Counsel on Second Application for Compensation and Notice of Motion having been duly sent to all creditors and parties-in-interest by Barton Knochenmus, Esq., Counsel for Debtors, and Counsel having certified to the Court the absence of the filing and serving of any answer, objection, responsive pleading or request for hearing, it is hereby

ORDERED, the Second Application of Barton Knochenmus, Esq. for Compensation is approved in the amount of $1,890.40.

11/2/17

_____
Richard E Fehling
United States Bankruptcy Judge