United States Bankruptcy Court
Eastern District of Pennsylvania

In re:  
John Chladni  
Diane Chladni  
    Debtors

Case No. 15-17950-ref  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0313-4     User: SaraR     Page 1 of 1     Date Rcvd: Nov 02, 2017  
                      Form ID: pdf900     Total Noticed: 2

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Nov 04, 2017.  
db/jdb        John Chladni,    Diane Chladni,    1340 Butztown Road,    Bethlehem, PA   18017-3226

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
cr            E-mail/PDF: gecsedi@recoverycorp.com Nov 03 2017 01:11:46      Synchrony Bank,  
   c/o Recovery Management Systems Corporat,    25 SE 2nd Avenue, Suite 1120,  
   Miami, FL   33131-1605  
                                                                                                   TOTAL: 1

             ***** BYPASSED RECIPIENTS *****  
NONE.                                                                                                                                TOTAL: 0

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 04, 2017                                       Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on November 2, 2017 at the address(es) listed below:  
         BARTON   KNOCHENMUS    on behalf of Joint Debtor Diane   Chladni knochenmuslaw@gmail.com  
         BARTON   KNOCHENMUS    on behalf of Debtor John   Chladni knochenmuslaw@gmail.com  
         DENISE ELIZABETH CARLON    on behalf of Creditor    JPMorgan Chase Bank, National Association  
   bkgroup@kmllawgroup.com  
         FREDERICK L. REIGLE    ecfmail@fredreiglech13.com,   ecf_frpa@trustee13.com  
         JOSHUA ISAAC GOLDMAN    on behalf of Creditor    JPMorgan Chase Bank, National Association  
   bkgroup@kmllawgroup.com,   bkgroup@kmllawgroup.com  
         LISA MARIE CIOTTI    on behalf of Trustee FREDERICK L. REIGLE ecfmail@fredreiglech13.com,  
   ecf_frpa@trustee13.com  
         THOMAS I. PULEO    on behalf of Creditor    JPMorgan Chase Bank, National Association  
   tpuleo@kmllawgroup.com,   bkgroup@kmllawgroup.com  
         United States Trustee    USTPRegion03.PH.ECF@usdoj.gov  
                                                                                                                                TOTAL: 8

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

In re: John Chladni and Diane Chladni,  :  Bankruptcy 15-17950
:
Debtors.  :  Chapter 13

## ORDER

AND NOW, in consideration of the Motion of Debtors' Counsel on Second Application for Compensation and Notice of Motion having been duly sent to all creditors and parties-in-interest by Barton Knochenmus, Esq., Counsel for Debtors, and Counsel having certified to the Court the absence of the filing and serving of any answer, objection, responsive pleading or request for hearing, it is hereby

ORDERED, the Second Application of Barton Knochenmus, Esq. for Compensation is approved in the amount of $1,890.40.

11/2/17

_____
Richard E Fehling
United States Bankruptcy Judge