# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: John Chladni aka John Timothy Chladni<br>Diane Chladni aka Diane G Chladni aka Diane<br>Gordon Chladni fka Diane G Fegley<br>                Debtors | Chapter 13 |
| JPMorgan Chase Bank, National Association<br>                Movant<br>      v.<br>John Chladni aka John Timothy Chladni<br>Diane Chladni aka Diane G Chladni aka Diane<br>Gordon Chladni fka Diane G Fegley<br>                Debtors<br>Frederick L. Reigle<br>                Trustee | NO. 15-17950 REF |

## ORDER

AND NOW, upon the filing of a Certification of Default by the Movant in accordance with the Stipulation of the parties approved by the Court on February 06, 2017 it is ORDERED AND DECREED that:

The Automatic Stay of all proceedings, as provided under Section 362 of Title 11 of the United States Code, as amended, is modified as to Movant, with respect to the real property at 1340 Butztown Road Bethlehem, PA 18017, to allow JPMorgan Chase Bank, National Association, or its successor or assignee, to proceed with its rights and remedies under the terms of the subject mortgage on the aforesaid property and pursue its *in rem* State Court remedies.

The stay provided by Bankruptcy Rule 4001(a)(3) has been waived.

**Date: November 29, 2017**

_____
United States Bankruptcy Judge

cc: See attached service list