United States Bankruptcy Court
Eastern District of Pennsylvania

In re:
John Chladni
Diane Chladni
    Debtors

Case No. 15-17950-ref
Chapter 13

## CERTIFICATE OF NOTICE

District/off: 0313-4     User: SaraR     Page 1 of 1     Date Rcvd: Nov 29, 2017
                     Form ID: pdf900    Total Noticed: 2

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Dec 01, 2017.
db/jdb       John Chladni,   Diane Chladni,   1340 Butztown Road,   Bethlehem, PA 18017-3226

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
cr          E-mail/PDF: gecsedi@recoverycorp.com Nov 30 2017 01:32:41     Synchrony Bank,
     c/o Recovery Management Systems Corporat,   25 SE 2nd Avenue, Suite 1120,
     Miami, FL 33131-1605
                                                                                                     TOTAL: 1

          ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                                                                         TOTAL: 0

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 01, 2017                                      Signature: /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on November 29, 2017 at the address(es) listed below:
        BARTON  KNOCHENMUS    on behalf of Joint Debtor Diane   Chladni knochenmuslaw@gmail.com
        BARTON  KNOCHENMUS    on behalf of Debtor John   Chladni knochenmuslaw@gmail.com
        DENISE ELIZABETH CARLON    on behalf of Creditor    JPMorgan Chase Bank, National Association
         bkgroup@kmllawgroup.com
        FREDERICK L. REIGLE    ecfmail@fredreiglech13.com,    ecf_frpa@trustee13.com
        JOSHUA ISAAC GOLDMAN    on behalf of Creditor    JPMorgan Chase Bank, National Association
         bkgroup@kmllawgroup.com,    bkgroup@kmllawgroup.com
        LISA MARIE CIOTTI    on behalf of Trustee FREDERICK L. REIGLE ecfmail@fredreiglech13.com,
         ecf_frpa@trustee13.com
        MATTEO SAMUEL WEINER    on behalf of Creditor    JPMorgan Chase Bank, National Association
         bkgroup@kmllawgroup.com
        THOMAS I. PULEO    on behalf of Creditor    JPMorgan Chase Bank, National Association
         tpuleo@kmllawgroup.com,    bkgroup@kmllawgroup.com
        United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
                                                                                                                                        TOTAL: 9

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE: John Chladni aka John Timothy Chladni Diane Chladni aka Diane G Chladni aka Diane Gordon Chladni fka Diane G Fegley<br>                    Debtors<br><br>JPMorgan Chase Bank, National Association<br>                    Movant<br>          v.<br><br>John Chladni aka John Timothy Chladni Diane Chladni aka Diane G Chladni aka Diane Gordon Chladni fka Diane G Fegley<br>                    Debtors<br><br>Frederick L. Reigle<br>               Trustee | Chapter 13<br><br><br><br>NO. 15-17950 REF |

**ORDER**

AND NOW, upon the filing of a Certification of Default by the Movant in accordance with the Stipulation of the parties approved by the Court on February 06, 2017 it is ORDERED AND DECREED that:

The Automatic Stay of all proceedings, as provided under Section 362 of Title 11 of the United States Code, as amended, is modified as to Movant, with respect to the real property at 1340 Butztown Road Bethlehem, PA 18017, to allow JPMorgan Chase Bank, National Association, or its successor or assignee, to proceed with its rights and remedies under the terms of the subject mortgage on the aforesaid property and pursue its *in rem* State Court remedies.

The stay provided by Bankruptcy Rule 4001(a)(3) has been waived.

**Date: November 29, 2017**

United States Bankruptcy Judge

cc: See attached service list