UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

In re:  John Chladni and Diane Chladni,   :   Bankruptcy 15-17950
:
Debtors.   :   Chapter 13

MOTION BY DEBTORS TO CONVERT CASE
UNDER CHAPTER 13 TO CASE UNDER CHAPTER 7

Pursuant to 11 U.S.C. §1307(a), the above-named Debtors move this Court to convert this Case under Chapter 13 to a case under Chapter 7, and as grounds states as follows:

1. An Order for relief under Chapter 13 of the Bankruptcy Code was entered on November 5, 2015.

2. Debtors are eligible to be debtors under Chapter 7 of the Code and desire to convert this Case to a case under that chapter.

WHEREFORE, Debtors pray for this Court to convert this Case under chapter 13 to a case under Chapter 7 of the Bankruptcy Code.

  /s/ John Chladni
John Chladni, Debtor

  /s/ Diane Chladni
Diane Chladni, Joint-Debtor

Dated:   February 5, 2018


By:  /s/ Barton Knochenmus, Esq.
Barton Knochenmus, Esq.
Attorney for Debtors
105 E Poplar St
Nanticoke PA 18634-1119
610-770-3575

Dated:   February 6, 2018