United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                              Case No. 15-17950-ref
John Chladni                                                        Chapter 7
Diane Chladni
        Debtors

# CERTIFICATE OF NOTICE

District/off: 0313-4          User: SaraR              Page 1 of 2            Date Rcvd: Feb 06, 2018
                              Form ID: 210U            Total Noticed: 31

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Feb 08, 2018.
db/jdb         John Chladni,    Diane Chladni,    1340 Butztown Road,    Bethlehem, PA  18017-3226
smg           +Bureau of Audit and Enforcement,    City of Allentown,    435 Hamilton Street,
               Allentown, PA 18101-1603
smg            City Treasurer,    Eighth and Washington Streets,    Reading, PA  19601
smg           +Lehigh County Tax Claim Bureau,    17 South Seventh Street,    Allentown, PA 18101-2401
smg           +Tax Claim Bureau,    633 Court Street,    Second Floor,   Reading, PA 19601-4300
13632513      +Alcas Cutlery,    C/O Caine & Weiner,    PO Box 5010,    Woodland Hills, CA 91365-5010
13854990      +Barton Knochenmus, Esq.,    105 E Poplar St,    W Nanticoke PA 18634-1119
13632514      +Cap1/Boscv,    PO Box 30253,    Salt Lake City, UT 84130-0253
13632515      +Capital One Bank,    PO Box 30285,    Salt Lake City, UT 84130-0285
13649861       Capital One Bank (USA), N.A.,    PO Box 71083,    Charlotte, NC  28272-1083
13632516       Chase,    PO Box 183166,    Columbus, OH  43218-3166
13632517      +Chase Mortgage,    PO Box 24696,    Columbus, OH 43224-0696
13632518      +Citizens Auto Finance,    480 Jefferson Boulevard,    Warwick, RI 02886-1359
13637231       City of Bethlehem,    Water & Sewer,    PO BOX 440,    Bethlehem,  PA  18016-0440
13637230      +City of Bethlehem,    Water & Sewer,    10 East Church Street,    Bethlehem, PA 18018-6005
13632519      +Comenity Bank/LNBryant,    PO Box 182789,    Columbus, OH 43218-2789
13632520      +Comenity Bank/Womnwthn,    PO Box 182789,    Columbus, OH 43218-2789
13632521      +Exxon Mobil Citi Bank,    PO Box 6497,    Sioux Falls, SD 57117-6497
13632522      +Financial Recoveries,    200 East Park Dr Ste 100,    Mt Laurel, NJ 08054-1297
13632524      +JPMorgan Chase Bank, NA,     C/O KML Law Group,    701 Market Street Suite 5000,
               Philadelphia, PA 19106-1541
13712715      +JPMorgan Chase Bank, National Association,    Chase Records Center,    Attn: Correspondence Mail,
               Mail Code LA4-5555,    700 Kansas Lane,    Monroe, LA 71203-4774
13632525      +Lane Bryant Retail,    450 Winks Ln,    Bensalem, PA 19020-5943
13632527      +St Luke's University Health Network,    801 Ostrum Street,    Bethlehem, PA 18015-1000
13632529      +Verizon,    PO Box 5029,    Wallingford, CT 06492-7529

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg           +E-mail/Text: robertsl2@dnb.com Feb 07 2018 02:06:33      Dun & Bradstreet, INC,
               3501 Corporate Pkwy,    P.O. Box 520,    Centre Valley, PA 18034-0520
smg            E-mail/Text: RVSVCBICNOTICE1@state.pa.us Feb 07 2018 02:06:15
               Pennsylvania Department of Revenue,    Bankruptcy Division,    P.O. Box 280946,
               Harrisburg, PA  17128-0946
smg           +E-mail/Text: usapae.bankruptcynotices@usdoj.gov Feb 07 2018 02:06:38      U.S. Attorney Office,
               c/o Virginia Powel, Esq.,    Room 1250,    615 Chestnut Street,    Philadelphia, PA 19106-4404
cr             E-mail/PDF: gecsedi@recoverycorp.com Feb 07 2018 02:09:26      Synchrony Bank,
               c/o Recovery Management Systems Corporat,    25 SE 2nd Avenue, Suite 1120,
               Miami, FL  33131-1605
13632526      +E-mail/Text: banko@berkscredit.com Feb 07 2018 02:06:03      Lehigh Magnetic Imaging Center,
               C/O Berks Credit & Collections,    900 Corporate Dr,    Reading, PA 19605-3340
13628489       E-mail/PDF: rmscedi@recoverycorp.com Feb 07 2018 02:09:18
               Recovery Management Systems Corporation,    25 S.E. 2nd Avenue, Suite 1120,
               Miami, FL 33131-1605
13632528      +E-mail/PDF: gecsedi@recoverycorp.com Feb 07 2018 02:09:07      Synchrony Bank Care Credit,
               PO Box 965036,    Orlando, FL 32896-5036
                                                                                              TOTAL: 7

            ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
13632523      ##+JP Morgan Chase Bank,   10790 Rancho Bernardo Rd,   San Diego, CA 92127-5705
                                                                                   TOTALS: 0, * 0, ## 1

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 08, 2018                            Signature:  /s/Joseph Speetjens

```
District/off: 0313-4          User: SaraR              Page 2 of 2            Date Rcvd: Feb 06, 2018
                              Form ID: 210U            Total Noticed: 31
```

# CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on February 6, 2018 at the address(es) listed below:
              BARTON   KNOCHENMUS    on behalf of Joint Debtor Diane   Chladni knochenmuslaw@gmail.com
              BARTON   KNOCHENMUS    on behalf of Debtor John   Chladni knochenmuslaw@gmail.com
              DENISE ELIZABETH CARLON    on behalf of Creditor    JPMorgan Chase Bank, National Association
               bkgroup@kmllawgroup.com
              FREDERICK L. REIGLE    ecfmail@fredreiglech13.com,   ecf_frpa@trustee13.com
              JOSHUA ISAAC GOLDMAN    on behalf of Creditor    JPMorgan Chase Bank, National Association
               bkgroup@kmllawgroup.com,   bkgroup@kmllawgroup.com
              LISA MARIE CIOTTI    on behalf of Trustee FREDERICK L. REIGLE ecfmail@fredreiglech13.com,
               ecf_frpa@trustee13.com
              MATTEO SAMUEL WEINER    on behalf of Creditor    JPMorgan Chase Bank, National Association
               bkgroup@kmllawgroup.com
              THOMAS I. PULEO    on behalf of Creditor    JPMorgan Chase Bank, National Association
               tpuleo@kmllawgroup.com,   bkgroup@kmllawgroup.com
              United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
                                                                                              TOTAL: 9
```

*UNITED STATES BANKRUPTCY COURT*
*EASTERN DISTRICT OF PENNSYLVANIA*

___

In Re: John Chladni and Diane Chladni                               Case No: 15−17950−ref

    Debtor(s)

___

### CLERK'S NOTICE RE: PRESUMPTION OF ABUSE

To the debtor, debtor's counsel, interim trustee, creditors and all parties in interest,

NOTICE is hereby given, in accordance with 11 U.S.C. §342(d):

This is a Chapter 7 case of an individual with primarily consumer debts and insufficient information has been filed to date to permit the clerk to make any determination concerning the presumption of abuse. If more complete information, when filed, shows that the presumption has arisen, creditors will be notified under F.R.B.P 5008.

Dated: 2/6/18

For The Court

Timothy B. McGrath
Clerk of Court

79
Form 210U