United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                                    Case No. 15-17950-ref
John Chladni                                                              Chapter 13
Diane Chladni
        Debtors

# CERTIFICATE OF NOTICE

District/off: 0313-4          User: SaraR              Page 1 of 2              Date Rcvd: Feb 06, 2018
                              Form ID: pdf900          Total Noticed: 31

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Feb 08, 2018.
```
db/jdb         John Chladni,   Diane Chladni,   1340 Butztown Road,   Bethlehem, PA 18017-3226
smg           +Bureau of Audit and Enforcement,   City of Allentown,   435 Hamilton Street,
               Allentown, PA 18101-1603
smg            City Treasurer,   Eighth and Washington Streets,   Reading, PA 19601
smg           +Lehigh County Tax Claim Bureau,   17 South Seventh Street,   Allentown, PA 18101-2401
smg           +Tax Claim Bureau,   633 Court Street,   Second Floor,   Reading, PA 19601-4300
13632513      +Alcas Cutlery,   C/O Caine & Weiner,   PO Box 5010,   Woodland Hills, CA 91365-5010
13854990      +Barton Knochenmus, Esq.,   105 E Poplar St,   W Nanticoke PA 18634-1119
13632514      +Cap1/Boscv,   PO Box 30253,   Salt Lake City, UT 84130-0253
13632515      +Capital One Bank,   PO Box 30285,   Salt Lake City, UT 84130-0285
13649861       Capital One Bank (USA), N.A.,   PO Box 71083,   Charlotte, NC 28272-1083
13632516       Chase,   PO Box 183166,   Columbus, OH 43218-3166
13632517      +Chase Mortgage,   PO Box 24696,   Columbus, OH 43224-0696
13632518      +Citizens Auto Finance,   480 Jefferson Boulevard,   Warwick, RI 02886-1359
13637231       City of Bethlehem,   Water & Sewer,   PO BOX 440,   Bethlehem, PA 18016-0440
13637230      +City of Bethlehem,   Water & Sewer,   10 East Church Street,   Bethlehem, PA 18018-6005
13632519      +Comenity Bank/LNBryant,   PO Box 182789,   Columbus, OH 43218-2789
13632520      +Comenity Bank/Womnwthn,   PO Box 182789,   Columbus, OH 43218-2789
13632521      +Exxon Mobil Citi Bank,   PO Box 6497,   Sioux Falls, SD 57117-6497
13632522      +Financial Recoveries,   200 East Park Dr Ste 100,   Mt Laurel, NJ 08054-1297
13632524      +JPMorgan Chase Bank, NA,   C/O KML Law Group,   701 Market Street Suite 5000,
               Philadelphia, PA 19106-1541
13712715      +JPMorgan Chase Bank, National Association,   Chase Records Center,   Attn: Correspondence Mail,
               Mail Code LA4-5555,   700 Kansas Lane,   Monroe, LA 71203-4774
13632525      +Lane Bryant Retail,   450 Winks Ln,   Bensalem, PA 19020-5943
13632527      +St Luke's University Health Network,   801 Ostrum Street,   Bethlehem, PA 18015-1000
13632529      +Verizon,   PO Box 5029,   Wallingford, CT 06492-7529
Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg           +E-mail/Text: robertsl2@dnb.com Feb 07 2018 02:06:33      Dun & Bradstreet, INC,
               3501 Corporate Pkwy,   P.O. Box 520,   Centre Valley, PA 18034-0520
smg            E-mail/Text: RVSVCBICNOTICE1@state.pa.us Feb 07 2018 02:06:22
               Pennsylvania Department of Revenue,   Bankruptcy Division,   P.O. Box 280946,
               Harrisburg, PA 17128-0946
smg           +E-mail/Text: usapae.bankruptcynotices@usdoj.gov Feb 07 2018 02:06:39      U.S. Attorney Office,
               c/o Virginia Powel, Esq.,   Room 1250,   615 Chestnut Street,   Philadelphia, PA 19106-4404
cr             E-mail/PDF: gecsedi@recoverycorp.com Feb 07 2018 02:09:17      Synchrony Bank,
               c/o Recovery Management Systems Corporat,   25 SE 2nd Avenue, Suite 1120,
               Miami, FL 33131-1605
13632526      +E-mail/Text: banko@berkscredit.com Feb 07 2018 02:06:03      Lehigh Magnetic Imaging Center,
               C/O Berks Credit & Collections,   900 Corporate Dr,   Reading, PA 19605-3340
13628489       E-mail/PDF: rmscedi@recoverycorp.com Feb 07 2018 02:09:18
               Recovery Management Systems Corporation,   25 S.E. 2nd Avenue, Suite 1120,
               Miami, FL 33131-1605
13632528      +E-mail/PDF: gecsedi@recoverycorp.com Feb 07 2018 02:09:27      Synchrony Bank Care Credit,
               PO Box 965036,   Orlando, FL 32896-5036
                                                                                              TOTAL: 7

            ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
13632523     ##+JP Morgan Chase Bank,   10790 Rancho Bernardo Rd,   San Diego, CA 92127-5705
                                                                                              TOTALS: 0, * 0, ## 1
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 08, 2018                           Signature:  /s/Joseph Speetjens

```
District/off: 0313-4          User: SaraR               Page 2 of 2            Date Rcvd: Feb 06, 2018
                              Form ID: pdf900           Total Noticed: 31
```

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on February 6, 2018 at the address(es) listed below:
         BARTON   KNOCHENMUS    on behalf of Joint Debtor Diane  Chladni knochenmuslaw@gmail.com
         BARTON   KNOCHENMUS    on behalf of Debtor John  Chladni knochenmuslaw@gmail.com
         DENISE ELIZABETH CARLON    on behalf of Creditor    JPMorgan Chase Bank, National Association
          bkgroup@kmllawgroup.com
         FREDERICK L. REIGLE    ecfmail@fredreiglech13.com,   ecf_frpa@trustee13.com
         JOSHUA ISAAC GOLDMAN    on behalf of Creditor    JPMorgan Chase Bank, National Association
          bkgroup@kmllawgroup.com,   bkgroup@kmllawgroup.com
         LISA MARIE CIOTTI    on behalf of Trustee FREDERICK L. REIGLE ecfmail@fredreiglech13.com,
          ecf_frpa@trustee13.com
         MATTEO SAMUEL WEINER    on behalf of Creditor    JPMorgan Chase Bank, National Association
          bkgroup@kmllawgroup.com
         THOMAS I. PULEO    on behalf of Creditor    JPMorgan Chase Bank, National Association
          tpuleo@kmllawgroup.com,   bkgroup@kmllawgroup.com
         United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
                                                                                            TOTAL: 9
```

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

In re:  John Chladni and Diane Chladni,    :    Bankruptcy 15-17950
                                           :
                        Debtors.           :    Chapter 13

MOTION BY DEBTORS TO CONVERT CASE
UNDER CHAPTER 13 TO CASE UNDER CHAPTER 7

Pursuant to 11 U.S.C. §1307(a), the above-named Debtors move this Court to convert this Case under Chapter 13 to a case under Chapter 7, and as grounds states as follows:

1. An Order for relief under Chapter 13 of the Bankruptcy Code was entered on November 5, 2015.

2. Debtors are eligible to be debtors under Chapter 7 of the Code and desire to convert this Case to a case under that chapter.

WHEREFORE, Debtors pray for this Court to convert this Case under chapter 13 to a case under Chapter 7 of the Bankruptcy Code.

　　　　　　　　　　　　　　　　　　 /s/ John Chladni
　　　　　　　　　　　　　　　　　　John Chladni, Debtor


　　　　　　　　　　　　　　　　　　 /s/ Diane Chladni
　　　　　　　　　　　　　　　　　　Diane Chladni, Joint-Debtor

Dated:   February 5, 2018


By:  /s/ Barton Knochenmus, Esq.
Barton Knochenmus, Esq.
Attorney for Debtors
105 E Poplar St
Nanticoke PA 18634-1119
610-770-3575

Dated:   February 6, 2018

Page 1 of 1