United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                                Case No. 15-17950-ref
John Chladni                                                          Chapter 7
Diane Chladni
        Debtors

# CERTIFICATE OF NOTICE

District/off: 0313-4          User: Lisa              Page 1 of 2              Date Rcvd: Feb 08, 2018
                              Form ID: 309A           Total Noticed: 33

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Feb 10, 2018.
db/jdb          John Chladni,   Diane Chladni,   1340 Butztown Road,   Bethlehem, PA  18017-3226
tr             +MICHAEL H KALINER,   Michael H. Kaliner Trustee,   350 South Main Street,   Suite 105,
                 Doylestown, PA 18901-4872
smg            +Bureau of Audit and Enforcement,   City of Allentown,   435 Hamilton Street,
                 Allentown, PA 18101-1603
smg             City Treasurer,   Eighth and Washington Streets,   Reading, PA  19601
smg            +Lehigh County Tax Claim Bureau,   17 South Seventh Street,   Allentown, PA 18101-2401
smg            +Tax Claim Bureau,   633 Court Street,   Second Floor,   Reading, PA 19601-4300
13632513       +Alcas Cutlery,   C/O Caine & Weiner,   PO Box 5010,   Woodland Hills, CA 91365-5010
13854990       +Barton Knochenmus, Esq.,   105 E Poplar St,   W Nanticoke PA 18634-1119
13632516        Chase,   PO Box 183166,   Columbus, OH  43218-3166
13632517       +Chase Mortgage,   PO Box 24696,   Columbus, OH 43224-0696
13632518       +Citizens Auto Finance,   480 Jefferson Boulevard,   Warwick, RI 02886-1359
13637231        City of Bethlehem,   Water & Sewer,   PO BOX 440,   Bethlehem, PA  18016-0440
13637230       +City of Bethlehem,   Water & Sewer,   10 East Church Street,   Bethlehem, PA 18018-6005
13632522       +Financial Recoveries,   200 East Park Dr Ste 100,   Mt Laurel, NJ 08054-1297
13632524       +JPMorgan Chase Bank, NA,   C/O KML Law Group,   701 Market Street Suite 5000,
                 Philadelphia, PA 19106-1541
13712715       +JPMorgan Chase Bank, National Association,   Chase Records Center,   Attn: Correspondence Mail,
                 Mail Code LA4-5555,   700 Kansas Lane,   Monroe, LA 71203-4774
13632527       +St Luke's University Health Network,   801 Ostrum Street,   Bethlehem, PA 18015-1000
13632529       +Verizon,   PO Box 5029,   Wallingford, CT 06492-7529

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
aty             E-mail/Text: knochenmuslaw@gmail.com Feb 09 2018 01:18:53     BARTON KNOCHENMUS,
                 1275 Glenlivet Drive Suite 100,   Allentown, PA  18106-3107
smg            +E-mail/Text: robertsl2@dnb.com Feb 09 2018 01:19:07     Dun & Bradstreet, INC,
                 3501 Corporate Pkwy,   P.O. Box 520,   Centre Valley, PA 18034-0520
smg             E-mail/Text: RVSVCBICNOTICE1@state.pa.us Feb 09 2018 01:19:02
                 Pennsylvania Department of Revenue,   Bankruptcy Division,   P.O. Box 280946,
                 Harrisburg, PA  17128-0946
smg            +E-mail/Text: usapae.bankruptcynotices@usdoj.gov Feb 09 2018 01:19:08    U.S. Attorney Office,
                 c/o Virginia Powel, Esq.,   Room 1250,   615 Chestnut Street,   Philadelphia, PA 19106-4404
ust            +E-mail/Text: ustpregion03.ph.ecf@usdoj.gov Feb 09 2018 01:19:05     United States Trustee,
                 Office of the U.S. Trustee,   833 Chestnut Street,   Suite 500,   Philadelphia, PA 19107-4405
13632514       +EDI: CAPITALONE.COM Feb 09 2018 01:18:00      Cap1/Boscv,   PO Box 30253,
                 Salt Lake City, UT 84130-0253
13632515       +EDI: CAPITALONE.COM Feb 09 2018 01:18:00      Capital One Bank,   PO Box 30285,
                 Salt Lake City, UT 84130-0285
13649861        EDI: CAPITALONE.COM Feb 09 2018 01:18:00      Capital One Bank (USA), N.A.,   PO Box 71083,
                 Charlotte, NC  28272-1083
13632519       +EDI: WFNNB.COM Feb 09 2018 01:18:00      Comenity Bank/LNBryant,   PO Box 182789,
                 Columbus, OH 43218-2789
13632520       +EDI: WFNNB.COM Feb 09 2018 01:18:00      Comenity Bank/Womnwthn,   PO Box 182789,
                 Columbus, OH 43218-2789
13632521       +EDI: CITICORP.COM Feb 09 2018 01:18:00      Exxon Mobil Citi Bank,   PO Box 6497,
                 Sioux Falls, SD 57117-6497
13632525       +EDI: WFNNB.COM Feb 09 2018 01:18:00      Lane Bryant Retail,   450 Winks Ln,
                 Bensalem, PA 19020-5943
13632526       +E-mail/Text: banko@berkscredit.com Feb 09 2018 01:18:57     Lehigh Magnetic Imaging Center,
                 C/O Berks Credit & Collections,   900 Corporate Dr,   Reading, PA 19605-3340
13628489        EDI: RECOVERYCORP.COM Feb 09 2018 01:18:00      Recovery Management Systems Corporation,
                 25 S.E. 2nd Avenue, Suite 1120,   Miami, FL 33131-1605
13632528       +EDI: RMSC.COM Feb 09 2018 01:18:00      Synchrony Bank Care Credit,   PO Box 965036,
                 Orlando, FL 32896-5036
                                                                                               TOTAL: 15

           ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
13632523       ##+JP Morgan Chase Bank,   10790 Rancho Bernardo Rd,   San Diego, CA 92127-5705
                                                                                               TOTALS: 0, * 0, ## 1

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

```
District/off: 0313-4          User: Lisa                 Page 2 of 2              Date Rcvd: Feb 08, 2018
                              Form ID: 309A              Total Noticed: 33
```

***** BYPASSED RECIPIENTS (continued) *****

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 10, 2018                                              Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on February 8, 2018 at the address(es) listed below:
              BARTON    KNOCHENMUS    on behalf of Joint Debtor Diane   Chladni knochenmuslaw@gmail.com
              BARTON    KNOCHENMUS    on behalf of Debtor John   Chladni knochenmuslaw@gmail.com
              DENISE ELIZABETH CARLON    on behalf of Creditor    JPMorgan Chase Bank, National Association
               bkgroup@kmllawgroup.com
              JOSHUA ISAAC GOLDMAN    on behalf of Creditor    JPMorgan Chase Bank, National Association
               bkgroup@kmllawgroup.com,  bkgroup@kmllawgroup.com
              LISA MARIE CIOTTI    on behalf of Trustee FREDERICK L. REIGLE ecfmail@fredreiglech13.com,
               ecf_frpa@trustee13.com
              MATTEO SAMUEL WEINER    on behalf of Creditor    JPMorgan Chase Bank, National Association
               bkgroup@kmllawgroup.com
              MICHAEL H KALINER    mhkaliner@gmail.com, pa35@ecfcbis.com
              THOMAS I. PULEO    on behalf of Creditor    JPMorgan Chase Bank, National Association
               tpuleo@kmllawgroup.com,  bkgroup@kmllawgroup.com
              United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
                                                                                             TOTAL: 9
```

| Information to identify the case: | | | |
|---|---|---|---|
| Debtor 1 | **John Chladni** <br> First Name  Middle Name  Last Name | Social Security number or ITIN | xxx–xx–7446 |
| | | EIN | _ _–_ _ _ _ _ _ _ |
| Debtor 2 <br> (Spouse, if filing) | **Diane Chladni** <br> First Name  Middle Name  Last Name | Social Security number or ITIN | xxx–xx–6833 |
| | | EIN | _ _–_ _ _ _ _ _ _ |
| United States Bankruptcy Court | Eastern District of Pennsylvania | Date case filed in chapter 13 | 11/5/15 |
| Case number: | 15–17950–ref | Date case converted to chapter 7 | 2/6/18 |

Official Form 309A (For Individuals or Joint Debtors)
**Notice of Chapter 7 Bankruptcy Case –– No Proof of Claim Deadline**   12/15
**\*\*Debtor's Photo ID & Social Security Card Must Be Presented at 341 Hearing\*\***

**For the debtors listed above, a case has been filed under chapter 7 of the Bankruptcy Code. An order for relief has been entered.**

**This notice has important information about the case for creditors, debtors, and trustees, including information about the meeting of creditors and deadlines. Read both pages carefully.**

The filing of the case imposed an automatic stay against most collection activities. This means that creditors generally may not take action to collect debts from the debtors or the debtors' property. For example, while the stay is in effect, creditors cannot sue, garnish wages, assert a deficiency, repossess property, or otherwise try to collect from the debtors. Creditors cannot demand repayment from debtors by mail, phone, or otherwise. Creditors who violate the stay can be required to pay actual and punitive damages and attorney's fees. Under certain circumstances, the stay may be limited to 30 days or not exist at all, although debtors can ask the court to extend or impose a stay.

The debtors are seeking a discharge. Creditors who assert that the debtors are not entitled to a discharge of any debts or who want to have a particular debt excepted from discharge may be required to file a complaint in the bankruptcy clerk's office within the deadlines specified in this notice. (See line 9 for more information.)

To protect your rights, consult an attorney. All documents filed in the case may be inspected at the bankruptcy clerk's office at the address listed below or through PACER (Public Access to Court Electronic Records at   www.pacer.gov).

**The staff of the bankruptcy clerk's office cannot give legal advice.**

**To help creditors correctly identify debtors, debtors submit full Social Security or Individual Taxpayer Identification Numbers, which may appear on a version of this notice. However, the full numbers must not appear on any document filed with the court.**

**Do not file this notice with any proof of claim or other filing in the case. Do not include more than the last four digits of a Social Security or Individual Taxpayer Identification Number in any document, including attachments, that you file with the court.**

| | | About Debtor 1: | About Debtor 2: |
|---|---|---|---|
| 1. | **Debtor's full name** | John Chladni | Diane Chladni |
| 2. | **All other names used in the last 8 years** | aka John Timothy Chladni | aka Diane G Chladni, aka Diane Gordon Chladni, fka Diane G Fegley |
| 3. | **Address** | 1340 Butztown Road <br> Bethlehem, PA 18017–3226 | 1340 Butztown Road <br> Bethlehem, PA 18017–3226 |
| 4. | **Debtor's attorney** <br> Name and address | BARTON KNOCHENMUS <br> 1275 Glenlivet Drive Suite 100 <br> Allentown, PA 18106–3107 | Contact phone 610–770–3575 <br> Email: knochenmuslaw@gmail.com |
| 5. | **Bankruptcy trustee** <br> Name and address | MICHAEL H KALINER <br> Michael H. Kaliner Trustee <br> 350 South Main Street <br> Suite 105 <br> Doylestown, PA 18901 | Contact phone 215–230–4250 <br> Email: mhkaliner@gmail.com |

**For more information, see page 2 >**

Official Form 309A (For Individuals or Joint Debtors) **Notice of Chapter 7 Bankruptcy Case –– No Proof of Claim Deadline**         page **1**

| | | |
|---|---|---|
| **6. Bankruptcy clerk's office**<br><br>Documents in this case may be filed at this address. You may inspect all records filed in this case at this office or online at www.pacer.gov. | 400 Washington Street<br>Suite 300<br>Reading, PA 19601 | Office Hours: Philadelphia Office –– 8:30 A.M. to 5:00 P.M Reading Office –– 8:00 A.M. to 4:30 P.M.<br><br>Contact phone (610)2085040<br><br>Date: 2/8/18 |
| **7. Meeting of creditors**<br><br>Debtors must attend the meeting to be questioned under oath. In a joint case, both spouses must attend. Creditors may attend, but are not required to do so. | **March 16, 2018 at 12:30 PM**<br><br>The meeting may be continued or adjourned to a later date. If so, the date will be on the court docket. | Location:<br><br>**Allentown Federal Courthouse, 504 W. Hamilton Street, Allentown, PA 18101** |
| **8. Presumption of abuse**<br><br>If the presumption of abuse arises, you may have the right to file a motion to dismiss the case under 11 U.S.C. § 707(b). Debtors may rebut the presumption by showing special circumstances. | Insufficient information has been filed to date to permit the clerk to make any determination concerning the presumption of abuse. If more complete information, when filed, shows that the presumption has arisen, creditors will be notified. | |
| **9. Deadlines**<br><br>The bankruptcy clerk's office must receive these documents and any required filing fee by the following deadlines. | **File by the deadline to object to discharge or to challenge whether certain debts are dischargeable:**<br><br>**You must file a complaint:**<br>• if you assert that the debtor is not entitled to receive a discharge of any debts under any of the subdivisions of 11 U.S.C. § 727(a)(2) through (7), or<br>• if you want to have a debt excepted from discharge under 11 U.S.C § 523(a)(2), (4), or (6).<br><br>**You must file a motion:**<br>• if you assert that the discharge should be denied under § 727(a)(8) or (9). | **Filing deadline:** 5/15/18 |
| | **Deadline to object to exemptions:**<br>The law permits debtors to keep certain property as exempt. If you believe that the law does not authorize an exemption claimed, you may file an objection. | **Filing deadline:** 30 days after the *conclusion* of the meeting of creditors |
| **10. Proof of claim**<br><br>Please do not file a proof of claim unless you receive a notice to do so. | No property appears to be available to pay creditors. Therefore, please do not file a proof of claim now. If it later appears that assets are available to pay creditors, the clerk will send you another notice telling you that you may file a proof of claim and stating the deadline. | |
| **11. Creditors with a foreign address** | If you are a creditor receiving a notice mailed to a foreign address, you may file a motion asking the court to extend the deadlines in this notice. Consult an attorney familiar with United States bankruptcy law if you have any questions about your rights in this case. | |
| **12. Exempt property** | The law allows debtors to keep certain property as exempt. Fully exempt property will not be sold and distributed to creditors. Debtors must file a list of property claimed as exempt. You may inspect that list at the bankruptcy clerk's office or online at www.pacer.gov. If you believe that the law does not authorize an exemption that the debtors claim, you may file an objection. The bankruptcy clerk's office must receive the objection by the deadline to object to exemptions in line 9. | |

Official Form 309A (For Individuals or Joint Debtors) **Notice of Chapter 7 Bankruptcy Case –– No Proof of Claim Deadline**      page **2**