Certificate Number: 05781-PAE-DE-030826154

Bankruptcy Case Number: 15-17950



05781-PAE-DE-030826154

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on <u>April 4, 2018</u>, at <u>1:04</u> o'clock <u>PM PDT</u>, <u>Diane Chladni</u> completed a course on personal financial management given <u>by internet</u> by <u>Sage Personal Finance</u>, a provider approved pursuant to 11 U.S.C. § 111 to provide an instructional course concerning personal financial management in the <u>Eastern District of Pennsylvania</u>.

Date:   <u>April 4, 2018</u>          By:   <u>/s/Allison M Geving</u>

　　　　　　　　　　　　　　　　　Name:   <u>Allison M Geving</u>

　　　　　　　　　　　　　　　　　Title:   <u>President</u>