United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                                 Case No. 15-17950-ref
John Chladni                                                           Chapter 7
Diane Chladni
        Debtors

# CERTIFICATE OF NOTICE

District/off: 0313-4          User: SaraR              Page 1 of 2           Date Rcvd: May 25, 2018
                              Form ID: 318             Total Noticed: 31

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
May 27, 2018.
db/jdb         John Chladni,    Diane Chladni,    1340 Butztown Road,    Bethlehem, PA  18017-3226
smg           +Bureau of Audit and Enforcement,    City of Allentown,    435 Hamilton Street,
               Allentown, PA 18101-1603
smg            City Treasurer,    Eighth and Washington Streets,    Reading, PA  19601
smg           +Dun & Bradstreet, INC,    3501 Corporate Pkwy,    P.O. Box 520,    Centre Valley, PA 18034-0520
smg           +Lehigh County Tax Claim Bureau,    17 South Seventh Street,    Allentown, PA 18101-2401
smg           +Tax Claim Bureau,    633 Court Street,    Second Floor,    Reading, PA 19601-4300
13632513      +Alcas Cutlery,    C/O Caine & Weiner,    PO Box 5010,    Woodland Hills, CA 91365-5010
13854990      +Barton Knochenmus, Esq.,    105 E Poplar St,    W Nanticoke PA 18634-1119
13632516       Chase,    PO Box 183166,    Columbus, OH  43218-3166
13632517      +Chase Mortgage,    PO Box 24696,    Columbus, OH 43224-0696
13632518      +Citizens Auto Finance,    480 Jefferson Boulevard,    Warwick, RI 02886-1359
13637231       City of Bethlehem,    Water & Sewer,    PO BOX 440,    Bethlehem, PA  18016-0440
13637230      +City of Bethlehem,    Water & Sewer,    10 East Church Street,    Bethlehem, PA 18018-6005
13632522      +Financial Recoveries,    200 East Park Dr Ste 100,    Mt Laurel, NJ 08054-1297
13632523      +JP Morgan Chase Bank,    10790 Rancho Bernardo Rd,    San Diego, CA 92127-5705
13632524      +JPMorgan Chase Bank, NA,    C/O KML Law Group,    701 Market Street Suite 5000,
               Philadelphia, PA 19101-1541
13712715      +JPMorgan Chase Bank, National Association,    Chase Records Center,    Attn: Correspondence Mail,
               Mail Code LA4-5555,    700 Kansas Lane,    Monroe, LA 71203-4774
13632527      +St Luke's University Health Network,    801 Ostrum Street,    Bethlehem, PA 18015-1000

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg            E-mail/Text: RVSVCBICNOTICE1@state.pa.us May 26 2018 01:55:10
               Pennsylvania Department of Revenue,    Bankruptcy Division,    P.O. Box 280946,
               Harrisburg, PA  17128-0946
smg           +E-mail/Text: usapae.bankruptcynotices@usdoj.gov May 26 2018 01:55:26      U.S. Attorney Office,
               c/o Virginia Powel, Esq.,    Room 1250,    615 Chestnut Street,    Philadelphia, PA 19106-4404
13632514      +EDI: CAPITALONE.COM May 26 2018 05:48:00      Cap1/Boscv,    PO Box 30253,
               Salt Lake City, UT 84130-0253
13632515      +EDI: CAPITALONE.COM May 26 2018 05:48:00      Capital One Bank,    PO Box 30285,
               Salt Lake City, UT 84130-0285
13649861       EDI: CAPITALONE.COM May 26 2018 05:48:00      Capital One Bank (USA), N.A.,    PO Box 71083,
               Charlotte, NC  28272-1083
13632519      +EDI: WFNNB.COM May 26 2018 05:48:00      Comenity Bank/LNBryant,    PO Box 182789,
               Columbus, OH 43218-2789
13632520      +EDI: WFNNB.COM May 26 2018 05:48:00      Comenity Bank/Womnwthn,    PO Box 182789,
               Columbus, OH 43218-2789
13632521      +EDI: CITICORP.COM May 26 2018 05:48:00      Exxon Mobil Citi Bank,    PO Box 6497,
               Sioux Falls, SD 57117-6497
13632525      +EDI: WFNNB.COM May 26 2018 05:48:00      Lane Bryant Retail,    450 Winks Ln,
               Bensalem, PA 19020-5943
13632526      +E-mail/Text: banko@berkscredit.com May 26 2018 01:54:38      Lehigh Magnetic Imaging Center,
               C/O Berks Credit & Collections,    900 Corporate Dr,    Reading, PA 19605-3340
13628489       EDI: RECOVERYCORP.COM May 26 2018 05:48:00      Recovery Management Systems Corporation,
               25 S.E. 2nd Avenue, Suite 1120,    Miami, FL 33131-1605
13632528      +EDI: RMSC.COM May 26 2018 05:48:00      Synchrony Bank Care Credit,    PO Box 965036,
               Orlando, FL 32896-5036
13632529      +EDI: VERIZONCOMB.COM May 26 2018 05:48:00      Verizon,    PO Box 5029,
               Wallingford, CT 06492-7529
                                                                                                TOTAL: 13

             ***** BYPASSED RECIPIENTS *****
NONE.                                                                                           TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 27, 2018                                  Signature:  /s/Joseph Speetjens

```
District/off: 0313-4           User: SaraR                  Page 2 of 2                   Date Rcvd: May 25, 2018
                               Form ID: 318                 Total Noticed: 31
```

# CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on May 25, 2018 at the address(es) listed below:
              BARTON   KNOCHENMUS, ESQ.    on behalf of Joint Debtor Diane   Chladni knochenmuslaw@gmail.com
              BARTON   KNOCHENMUS, ESQ.    on behalf of Debtor John   Chladni knochenmuslaw@gmail.com
              DENISE ELIZABETH CARLON    on behalf of Creditor    JPMorgan Chase Bank, National Association
               bkgroup@kmllawgroup.com
              JOSHUA ISAAC GOLDMAN    on behalf of Creditor    JPMorgan Chase Bank, National Association
               bkgroup@kmllawgroup.com,   bkgroup@kmllawgroup.com
              LISA MARIE CIOTTI    on behalf of Trustee FREDERICK L. REIGLE ecfmail@fredreiglech13.com,
               ecf_frpa@trustee13.com
              MATTEO SAMUEL WEINER    on behalf of Creditor    JPMorgan Chase Bank, National Association
               bkgroup@kmllawgroup.com
              MICHAEL H KALINER    mhkaliner@gmail.com,  pa35@ecfcbis.com
              MICHAEL H KALINER    on behalf of Trustee MICHAEL H KALINER mhkaliner@gmail.com,  pa35@ecfcbis.com
              THOMAS I. PULEO    on behalf of Creditor    JPMorgan Chase Bank, National Association
               tpuleo@kmllawgroup.com,   bkgroup@kmllawgroup.com
              United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
                                                                                             TOTAL: 10
```

**Information to identify the case:**

| | | |
|---|---|---|
| Debtor 1 | **John Chladni** | Social Security number or ITIN  **xxx–xx–7446** |
| | First Name   Middle Name   Last Name | EIN  _ _–_ _ _ _ _ _ _ |
| Debtor 2 (Spouse, if filing) | **Diane Chladni** | Social Security number or ITIN  **xxx–xx–6833** |
| | First Name   Middle Name   Last Name | EIN  _ _–_ _ _ _ _ _ _ |

United States Bankruptcy Court  **Eastern District of Pennsylvania**

Case number:  **15–17950–ref**

# Order of Discharge                                                                                                              12/15

**IT IS ORDERED:** A discharge under 11 U.S.C. § 727 is granted to:

John Chladni
aka John Timothy Chladni

Diane Chladni
aka Diane G Chladni, aka Diane Gordon Chladni, fka Diane G Fegley

5/25/18

**By the court:**  Richard E. Fehling
United States Bankruptcy Judge

### Explanation of Bankruptcy Discharge in a Chapter 7 Case

This order does not close or dismiss the case, and it does not determine how much money, if any, the trustee will pay creditors.

**Creditors cannot collect discharged debts**
This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily or from paying reaffirmed debts according to the reaffirmation agreement. 11 U.S.C. § 524(c), (f).

**Most debts are discharged**
Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts owed before the debtors' bankruptcy case was filed.

Also, if this case began under a different chapter of the Bankruptcy Code and was later converted to chapter 7, debts owed before the conversion are discharged.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**For more information, see page 2 >**

Official Form 318                                **Order of Discharge**                                page 1

**Some debts are not discharged**
Examples of debts that are not discharged are:

- debts that are domestic support obligations;

- debts for most student loans;

- debts for most taxes;

- debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

- debts for most fines, penalties, forfeitures, or criminal restitution obligations;

- some debts which the debtors did not properly list;

- debts for certain types of loans owed to pension, profit sharing, stock bonus, or retirement plans; and

- debts for death or personal injury caused by operating a vehicle while intoxicated.

Also, debts covered by a valid reaffirmation agreement are not discharged.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

**This information is only a general summary of the bankruptcy discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**